## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE BORZAK | : | |
| | : | No. 19-cv-5716-JMY |
| v. | : | |
| | : | |
| CITY OF BETHLEHEM, ALICIA KARNER | : | |
| AND DARLENE HELLER. | : | |

## **ORDER**

AND NOW, this 23rd day of December, 2021, upon consideration of the Motion for Summary Judgment (ECF No. 12) filed by the Defendants, City of Bethlehem, Darlene Heller and Alicia Karner, and all papers filed in support thereof and in opposition thereto, it is hereby ORDERED and DECREED that Defendants' motion is GRANTED and Plaintiff's Complaint is DISMISSED.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge